**Gladys K. KASTEN, Respondent,**

v.

**George D. KASTEN, Jr., Appellant.**

**No. WD 43946.**

Missouri Court of Appeals, Western District.

Sept. 24, 1991.

Kay Madden, Kansas City, for appellant.

Curtis G. Eylar, Kansas City, for respondent.

Before LOWENSTEIN, C.J., and TURNAGE and FENNER, JJ.

### ORDER

PER CURIAM:

Appeal by former husband from modification of dissolution decree decreasing maintenance payable to former wife.

Judgment affirmed. Rule 84.16(b).